## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

**UNITED STATES OF AMERICA,**

v.  **Criminal No.:** 2:22-cr-00122

**PIERRE DE ROMEO SMITH**

    **Defendant.**

### MOTION TO SET ASIDE VERDICT

    COMES NOW, the Defendant, Pierre De Romeo Smith, by counsel, and moves this Honorable Court to set aside the verdict in this case on the grounds that a juror intentionally withheld information during the *voir dire* phase of the trial, and that such information was the basis for a challenge for cause.

    Respectfully submitted,

    PIERRE DE ROMEO SMITH
    By Counsel

    _____/s/_____
    S. Mario Lorello, Esquire
    VSB# 80629
    Counsel for Pierre De Romeo Smith
    ZOBY & BROCCOLETTI, P.C.
    6663 Stoney Point South
    Norfolk, VA 23502
    (757) 466-0750
    (757) 466-5026
    mario@zobybroccoletti.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 6th day of October, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Megan Montoya, Esquire
United States Attorney's Office
101 W Main Street, STE 8000
Norfolk, VA 23510
757-441-6331
Megan.montoya@usdoj.gov


Rebecca Gantt, Esquire
United States Attorney's Office
101 W Main Street, STE 8000
Norfolk, VA 23510
757-441-6331
Rebecca.ganttt@usdoj.gov


           Respectfully submitted,

           PIERRE DE ROMEO SMITH
           By Counsel

           _____/s/_____
           S. Mario Lorello, Esquire
           VSB# 80629
           ZOBY & BROCCOLETTI, P.C.